UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NO. 98-8038-CR-HURLEY

JOEL M. USSERY,

    Defendant.
_____/

## VERDICT

Please check one for each number.

We, the jury, unanimously find as follows:

1. As to the defendant, JOEL M. USSERY, and the charge of willfully making and subscribing to a false federal income tax return for the calendar year 1991, as alleged in Count 1 of the Indictment:

    __✓__                        _____
    Guilty                  Not Guilty

2. As to the defendant, JOEL M. USSERY, and the charge of willfully making and subscribing to a false federal income tax return for the calendar year 1992, as alleged in Count 2 of the Indictment:

    __✓__                        _____
    Guilty                  Not Guilty

**SO SAY WE ALL.**

Signed and Dated at the United States Courthouse, West Palm Beach, Florida, this __2__ day of July, 1998.

*Margaret A. Barndt*
Foreperson's Signature

MARGARET A. BARNDT
Foreperson's Printed Name